824

C. A. 8th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *William H. Armstrong* for respondent.

No. 184. NANGLE, CIRCUIT COURT JUDGE, *v.* MISSOURI EX REL. TAYLOR, ATTORNEY GENERAL. Supreme Court of Missouri. Certiorari denied. *Morris A. Shenker* for petitioner. *J. E. Taylor,* Attorney General of Missouri, *Arthur M. O'Keefe* and *Robert R. Welborn,* Assistant Attorneys General, for respondent.

No. 185. BAKER-CAMMACK HOSIERY MILLS, INC. ET AL. *v.* DAVIS COMPANY. C. A. 4th Cir. Certiorari denied. *James F. Byrnes, Henry N. Paul, Jr., Ernest F. Mechlin* and *Thornton H. Brooks* for petitioners. *James P. Burns, Charles A. Noone* and *Welch Jordan* for respondent.

No. 187. INDIAN TRAILS, INC. *v.* HYNES. C. A. 7th Cir. Certiorari denied. *Lawrence C. Mills* for petitioner. *Joseph F. Elward* for respondent.

No. 188. SURPRISE, TRUSTEE IN BANKRUPTCY, *v.* FLETCHER. C. A. 7th Cir. Certiorari denied. *George Cohan* for petitioner. *Harry Long* for respondent.

No. 189. LANSDEN ET AL. *v.* HART, U. S. ATTORNEY, ET AL. C. A. 7th Cir. Certiorari denied. *John F. Donelan* for petitioners. *Acting Solicitor General Raum, Assistant Attorney General Vanech* and *Roger P. Marquis* for Hart et al., respondents.